**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

January 7, 2013

Bruce D. Greenberg, Esq.
Lite, DePalma, Greenberg, LLC
Two Gateway Center
12th Floor
Newark, NJ 07102

Charles C. Sipos, Esq.
Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

David C. Kistler, Esq.
Blank Rome, LLP
301 Carnegie Center
3rd Floor
Princeton, NJ 08540

## LETTER ORDER

Re:   **Bevans v. General Mills, Inc.**
      **Civil Action No. 12-249 (KM)**

      **Marcus v. General Mills, Inc.**
      **Civil Action No. 12-2886 (KM)**

      **Pfeifer v. General Mills, Inc.**
      **Civil Action No. 12-3567 (KM)**

Dear Counsel:

An in person conference is scheduled for **Tuesday, February 26, 2013 at 11:00 a.m.** Your attendance is required. Three days in advance the parties shall submit a proposed schedule for discovery going forward.

**SO ORDERED.**

_s/Madeline Cox Arleo_
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
      Hon. Susan D. Wigenton, U.S.D.J.
      File